**Guillermo Emilio ALDANA, Plaintiff–Appellant,**

v.

**FREESCALE SEMICONDUCTOR, INC., Defendant–Appellee.**

**No. 12–50555**
**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Nov. 29, 2012.

Guillermo Emilio Aldana, Buffalo, NY, pro se.

Shafeeqa Watkins Giarratani, Attorney, Brian Strother Greig, Fulbright & Jaworski L.L.P., Austin, TX, for Defendant–Appellee.

Before HIGGINBOTHAM, OWEN, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

We affirm for essentially the reason stated by the District Court in its order of April 5, 2012, Granting Appellees's Summary Judgment.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set for the in 5th Cir. R. 47.5.4.